```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

450 WEST 31ST STREET OWNERS CORP., ET AL.,

                Plaintiffs,

   - against -

CHUBB AND SON, INC., ET AL.,

               Defendants.

25-cv-705 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

On January 23, 2025, the defendants removed this case to this Court from New York State Supreme Court, New York County. ECF No. 1. Pursuant to 28 U.S.C. § 1447(c), the time to move to remand this case to state court has now passed.

The defendant is directed to answer or otherwise respond to the plaintiff's complaint by **March 7, 2025**.

SO ORDERED.

Dated:    New York, New York
           February 25, 2025

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                          United States District Judge