```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

450 WEST 31ST STREET OWNERS CORP., ET AL.,

        Plaintiffs,

  - against -

CHUBB AND SON INC., ET AL.,

        Defendants.

------------------------------------

25-cv-705 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The time for the defendants to answer or respond to the complaint was August 15, 2025. ECF No. 14. To date, no answer or response has been filed by Chubb and Son, Inc.

Accordingly, the time for defendant Chubb and Son, Inc. to move or answer is extended to **September 2, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

**SO ORDERED.**

Dated:    New York, New York
          August 18, 2025

                               /s/ John G. Koeltl
                                  **John G. Koeltl**
                           **United States District Judge**