```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
450 WEST 31ST STREET OWNERS CORP.,
ET AL.,
                                              25-cv-00705 (JGK)
                    Plaintiffs,
                                              ORDER
        - against -

CHUBB AND SON, INC., ET AL.,

                    Defendants.
─────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **September 11, 2025.**

**SO ORDERED.**

**Dated:**    **New York, New York**
             **August 28, 2025**

                                                /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                        **United States District Judge**