```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------

| | |
|---|---|
| 450 WEST 31ST STREET OWNERS CORP, ET AL., | 25-cv-705 (JGK) |
| Plaintiffs, | <u>ORDER</u> |
| - against - | |
| GREAT AMERICAN ALLIANCE INSURANCE CO., ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, Defendant Great American Alliance Insurance Company ("Great American") may file its motion for summary judgment on or before **September 24, 2025**. Responses are due **October 31, 2025**. Great American may reply by **November 17, 2025**.

SO ORDERED.

Dated:   New York, New York
         September 18, 2025

                                    /s/ John G. Koeltl
                                    _____
                                    John G. Koeltl
                                    United States District Judge