UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

450 WEST 31ST STREET OWNERS CORP., ET AL.,

        Plaintiffs,

- against -

CHUBB AND SON, INC., ET AL.,

        Defendants.

25-cv-705 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment (ECF No. 29).

SO ORDERED.

Dated:    New York, New York
            November 20, 2025

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge