# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

450 WEST 31st STREET OWNERS CORP. , ET AL.,

                                     Plaintiff,                    25 **CIVIL** 00705 (JGK)

        -against-                           **<u>JUDGMENT</u>**

CHUBB AND SON, INC . , ET AL . ,

                                   Defendants.

---------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated April 30, 2026, the defendants' motion for summary judgment is granted, and the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

     May 4, 2026

                                      **TAMMI M. HELLWIG**

                                  _____

                                      **Clerk of Court**

                **BY:**

                                  _____

                                    **Deputy Clerk**